1  ERNIE ZACHARY PARK, State Bar #82616
   BEWLEY, LASSLEBEN & MILLER, LLP
2  13215 E. Penn Street, Suite 510
3  Whittier, CA  90602-1797
   (562) 698-9771; (562) 309-8063 (fax)
4  Ernie.park@bewleylaw.com

5  Attorneys for Defendant,
6  REGENCY CENTERS, L.P.,
   a Delaware limited partnership
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11

12  SUZANNE NAPIER,                   CASE NO.: 8:17-cv-1810 AG (KESx)

13            Plaintiff,              ANSWER TO FIRST AMENDED
                                      COMPLAINT
14       vs.

15
    WELLS FARGO CLEARING SERVICES,
16  L.L.C., a Delaware limited liability
17  company, dba WELLS FARGO ADVISORS;
    REGENCY CENTERS, L.P., a Delaware
18  limited partnership; and DOES 1-10,
19  inclusive

20            Defendants

21

22       Defendant Regency Centers, L.P., a Delaware limited partnership, severing itself

23  from all other defendants, answers plaintiff's First Amended Complaint herein as follows:

24                              PARTIES

25  1.    Answering paragraph 1, this answering defendant lacks sufficient information or

26  belief to enable it to answer the remaining allegation in said paragraph and, based

27  thereon, it denies, generally and specifically, each of said allegations.

28

Answer to First Amended Complaint for Injunctive Relief and     1
Damages

2.      Answering paragraph 2, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

3.      Answering paragraph 3, this answering defendant admits the allegations contained therein.

4.      Answering paragraph 4, this answering defendant admits the allegations contained therein.

5.      Answering paragraph 5, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

JURISDICTION AND VENUE

6.      Answering paragraph 6, this answering defendant admits the allegations set forth therein.

7.      Answering paragraph 7, this answering defendant admits the allegations set forth therein.

8.      Answering paragraph 8, this answering defendant admits the allegations set forth therein.

FACTUAL ALLEGATIONS

9.      Answering paragraph 9, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

10.     Answering paragraph 10, this answering defendant admits the allegations set forth therein.

2

Answer to First Amended Complaint for Injunctive Relief and Damages

11.     Answering paragraph 11, this answering defendant admits the allegations set forth therein.

12.     Answering paragraph 12, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

13.     Answering paragraph 13, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

14.     Answering paragraph 14, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

15.     Answering paragraph 15, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

16.     Answering paragraph 16, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

17.     Answering paragraph 17, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

18.     Answering paragraph 18, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

Answer to First Amended Complaint for Injunctive Relief and Damages

19.     Answering paragraph 19, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

20.     Answering paragraph 20, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

21.     Answering paragraph 21, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

22.     Answering paragraph 22, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

23.     Answering paragraph 23, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

24.     Answering paragraph 24, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

ANSWER TO FIRST PURPORTED

CLAIM FOR RELIEF

25.     Answering paragraph 25, this answering defendant repeats and re-alleges each and every admission, denial or allegation in response to paragraph 1-24 hereof and incorporates the same herein by reference.

4

1   26.     Answering paragraph 26, this answering defendant admits the provisions of
2   applicable law.  Except as expressly admitted herein, this answering defendant lacks
3
4   sufficient information or belief to enable it to answer the remaining allegation in said
5   paragraph and, based thereon, it denies, generally and specifically, each of said
6   allegations.
7   27.     Answering paragraph 27, this answering defendant admits the provisions of
8   applicable law.  Except as expressly admitted herein, this answering defendant lacks
9
10  sufficient information or belief to enable it to answer the remaining allegation in said
11  paragraph and, based thereon, it denies, generally and specifically, each of said
12  allegations.
13  28.     Answering paragraph 28, this answering defendant admits the provisions of
14  applicable law.  Except as expressly admitted herein, this answering defendant lacks
15
16  sufficient information or belief to enable it to answer the remaining allegation in said
17  paragraph and, based thereon, it denies, generally and specifically, each of said
18  allegations.
19  29.     Answering paragraph 29, this answering defendant lacks sufficient information or
20  belief to enable it to answer the remaining allegation in said paragraph and, based
21  thereon, it denies, generally and specifically, each of said allegations.
22
23  30.     Answering paragraph 30, this answering defendant lacks sufficient information or
24  belief to enable it to answer the remaining allegation in said paragraph and, based
25  thereon, it denies, generally and specifically, each of said allegations.
26
                        ANSWER TO SECOND PURPORTED
27
                               CLAIM FOR RELIEF
28

31.     Answering paragraph 31, this answering defendant repeats and re-alleges each and every admission, denial or allegation in response to paragraph 1-30 hereof and incorporates the same herein by reference.

32.     Answering paragraph 32, this answering defendant admits the provisions of applicable law.  Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

33.     Answering paragraph 33, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

34.     Answering paragraph 34, this answering defendant denies, generally and specifically, each of said allegations.

35.     Answering paragraph 35, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

<u>FIRST AFFIRMATIVE DEFENSE</u>

[Failure to State a Claim for Relief]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that each of said purported causes of action fails to state a cause of action against these answering defendants.

/////

/////

6

1
2

### SECOND AFFIRMATIVE DEFENSE

[Readily Achievable]

3
4
5
6
7
8

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that any remediation of the Facility and the Subject Property is limited to those actions which are readily achievable, are structurally feasible or are not unduly expensive.

9

### THIRD AFFIRMATIVE DEFENSE

10

[Standing]

11
12
13
14

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that, to the extent plaintiff asserts alleged barriers which do not affect him personally, he lacks standing to assert the same.

15
16

### FOURTH AFFIRMATIVE DEFENSE

17

[Mootness]

18
19
20
21

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that, to the extent any alleged barrier either never existed or has been remediated, the plaintiff's claims are moot.

22
23

### FIFTH AFFIRMATIVE DEFENSE

24

[Release]

25
26
27

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that these parties previously entered into a settlement agreement

28

Answer to First Amended Complaint for Injunctive Relief and Damages

concerning another action wherein the plaintiff released the defendant from the claims set forth in this action.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

[Rule 11]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that, because the plaintiff previously released the defendant from these claims; because defendant brought the existence of the release to the attention of the plaintiff's counsel with a demand that the action be dismissed; and, because after said demand, plaintiff's counsel failed to dismiss the action, then either plaintiff and/or plaintiff's counsel should be subject under Federal Rule of Civil Procedure 11 for sanctions, including, but not limited to, defendant's attorney's fees and costs in having to defend this action.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff's prayer for relief be denied;

2. That plaintiff be granted no relief whatsoever in this matter;

3. For defendant's reasonable attorney's fees;

4. For costs of suit herein incurred;

5. For sanctions under FRCP 11; and,

/////

/////

/////

/////

8

Answer to First Amended Complaint for Injunctive Relief and Damages

1  6. For such other and further relief as the court deems just and proper.

2

3            BEWLEY, LASSLEBEN & MILLER, LLP

4

5          By: _____

6            Ernie Zachary Park,

7            Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer to First Amended Complaint for Injunctive Relief and Damages