JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NAPIER, an individual, Plaintiff, v. REGENCY CENTERS, L.P., a Delaware limited partnership; and DOES 1-10, inclusive, Defendants | Case No.: 8:17-cv-1810 AG (KESx) **ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Suzanne Napier ("Plaintiff") and REGENCY CENTERS, L.P., a Delaware limited partnership ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Amended Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 21, 2018

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J GUILFORD